## WESTERN AND ATLANTIC RAILROAD *vs.* DYAR.

A litigant in a justice's court may carry to the superior court by *certiorari* all questions of pure law decided by the justice upon the trial before him, but whenever facts are to be considered, the right of appeal should be exercised either to the superior court, or to a jury in a justice's court, as the case may be, and if error be committed by the jury in the latter court the writ of *certiorari* will lie to the verdict. 69 *Ga.*, 841; 46 *Id.*, 41.

(*a.*) In a case involving less than fifty dollars, the defendant having carried the case to the superior court by *certiorari*, alleging as one ground of error that the judgment rendered against him was against the law and the evidence, and strongly and decidedly against the weight of the evidence, the *certiorari* was properly dismissed on the hearing.

Judgment affirmed.

April 3, 1883.

CRAWFORD, Justice.